**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **MONTY THEODORE TRAVIS AND CLECO HOLDINGS, INC.** § § § § *Plaintiff*s § § v. § § **FORD MOTOR COMPANY** § § § § *Defendant* § | | CIVIL ACTION NO: 6:21-cv-02133-MJJ-CBW  JUDGE MICHAEL J. JUNEAU  MAGISTRATE JUDGE CAROL B. WHITEHURST  JURY TRIAL REQUESTED |

## CORPORATE DISCLOSURE STATEMENT

Cleco Holdings, Inc. is a Louisiana privately owned corporation owned by four shareholders:

Donna Travis who is a citizen of the state of Louisiana.

Monty Fox who is a citizen of the state of Louisiana.

Joanne Fox who is a citizen of the state of Louisiana.

Timothy Fox who is a citizen of the state of Louisiana.

RESPECTFULLY SUBMITTED:

BY: /s/ *Richard C. Dalton*
Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
P.O. Box 358
Carencro, Louisiana 70520-0358
rick@rickdaltonlaw.com
(337) 371-0375

ATTORNEY FOR PLAINTIFFS